

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23-CR- 250 |
| | § | Judge Mazzant |
| KYUNG HEO | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 2113
(Bank Robbery)

On or about November 18, 2022, in the Eastern District of Texas, the defendant, **KYUNG HEO**, by force, violence and intimidation did take from the person and presence of another, approximately $13,000 in money belonging to and in the care, custody, control, management and possession of the Comerica Bank, located at 1686 S SH 121 BUS, Lewisville, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

## Count Two

Violation: 18 U.S.C. § 2113<br>(Bank Robbery)

On or about April 6, 2023, in the Eastern District of Texas, the defendant, **KYUNG HEO**, by force, violence and intimidation did take from the person and presence of another, approximately $29,000 in money belonging to and in the care, custody, control, management and possession of American National Bank, located at 1201 Cross Timbers Rd, Flower Mound, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

## Count Three

Violation: 18 U.S.C. § 924(c)<br>(Brandishing Firearm During a Crime of Violence)

On or about November 18, 2022, in the Eastern District of Texas, **KYUNG HEO**, defendant, did knowingly and unlawfully use, carry, possess and brandish a firearm, that is, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Bank Robbery, in violation of Title 18 U.S.C. § 2113(a), as set forth in Count One of this indictment, which is re-alleged here and incorporated by reference as if set forth in full.

In violation of 18 U.S.C. § 924(c).

### Count Four

Violation: 18 U.S.C. § 924(c)
(Brandishing Firearm During a Crime of Violence)

On or about April 6, 2023, in the Eastern District of Texas, **KYUNG HEO**, defendant, did knowingly and unlawfully use, carry, possess and brandish a firearm, that is, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Bank Robbery, in violation of Title 18 U.S.C. § 2113(a), as set forth in Count Two of this indictment, which is re-alleged here and incorporated by reference as if set forth in full.

In violation of 18 U.S.C. § 924(c).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
(Pursuant to 18 U.S.C. §§ 981(a)(1)(C) & 924(d)(1) and 28 U.S.C.§ 2461

As a result of committing the offenses charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property which constitutes or is derived from proceeds obtained directly or indirectly from the offense.

As the result of committing the felony offenses in violation of 18 U.S.C. § 924(c), the defendants shall forfeiture to the United States, pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 924(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____
MATTHEW T. JOHNSON
Assistant United States Attorney

11-8-23
Date

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23-CR-250 |
| | § | Judge Mazzant |
| KYUNG HEO | § | |

## NOTICE OF PENALTY

### Counts One and Two

Violation:   18 U.S.C. § 2113(a)

Penalty:   Imprisonment of not more than twenty (20) years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three (3) years.

Special Assessment:   $ 100.00 for each count

### Counts Three and Four

Violation:   18 U.S.C. § 924(c)

Penalty:   Imprisonment of not less than 5 years, unless the firearm is brandished, in which case the minimum is 7 years, or unless the firearm is discharged, in which case the minimum sentence is 10 years, which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000.00, or both; and supervised release of at least three (3) years, but not more than five (5) years.

In the case of a second or subsequent conviction, imprisonment of not less than 25 years which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000, or both; and supervised release of at least three (3) years, but not more than five (5) years.

Special Assessment:   $100.00 for each count