IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:23-CR-250 |
| | § | Judge Mazzant |
| KYUNG HEO | § | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE MAZZANT:

The Petitioner, United States of America, by and through the United States Attorney for the Eastern District of Texas, respectfully shows that Defendant **Kyung Heo**, **SO#202301277, USMS#63453-510,** is charged with a violation Title 18, United States Code, Section 2113, Bank Robbery.

**Kyung Heo** presently is incarcerated in the Johnson County Jail, in Cleburne, Texas. This Honorable Court has ordered the Defendant to be in the United States District Court at Sherman, Texas, *instanter*, for an Initial Appearance.

WHEREFORE, Petitioner respectfully requests that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum commanding the United States Marshal, Eastern District of Texas, and the Sheriff (Sheriff) of the Johnson County Jail, in Cleburne, Texas, to produce the body of **Kyung Heo** to be brought before this Honorable Court at Sherman, Texas, *instanter* for the stated purpose, and further commanding that be

**Petition Ad Prosequendum-Page 1**

returned to the custody of the Sheriff at the conclusion of all proceedings or as duly ordered by this Court.

        Respectfully submitted,

        Damien M. Diggs
        United States Attorney
        Eastern District of Texas

        /s/ Matthew T. Johnson
        MATTHEW T. JOHNSON
        Assistant United States Attorney
        600 East Taylor, Suite 2000
        Sherman, Texas 75090
        Texas Bar No. 24060033
        Telephone: 903/868-9454
        Facsimile: 903/892-2792
        Matthew.Johnson2@usdoj.gov