IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | Cause No.: 4:23-CR-250 |
| KYUNG HEO | § | |

**DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT**

The defendant, by and through undersigned counsel, makes this Motion for Extension of Time to File Objections to the Presentence Report. In support of this request Defendant would show the following:

I.

Undersigned counsel received the Presentence Report on May 8, 2025. [Dkt. # 34].

II.

On May 20, 2025, undersigned counsel filed Defendant's First Motion for Extension of Time to File Objections to Presentence Report [DKT # 35], which the Court granted an extension of June 20, 2025. [DKT # 36].

III

Undersigned counsel respectfully requests additional time as he needs to meet with Defendant to review and finalize the Objections.

Undersigned counsel would respectfully request a 30- day extension.

IV.

This Motion is not being made solely for delay, but so that justice may be done.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests the Court to grant this motion for extension of time to file objections to the presentence report.

Respectfully submitted,

BY: /s/ James R. Aulbaugh III
James R. Aulbaugh
Bar No. 24062594
3300 Oak Lawn Ave., Suite 700
Dallas, Texas 75219
(214) 500-0430
james@aulbaughlaw.com
Attorney for Defendant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he has conferred with AUSA Matthew Johnson, United States Attorney's Office, concerning the filing of this motion on this the 18 day of June, 2025. and Mr. Johnson advised he has NO OBJECTION to this request for continuance of the deadline to file objections to the presentence report.

/s/ James R. Aulbaugh III
James R. Aulbaugh III

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing document was served on Matthew Johnson, Assistant United States Attorney, United States Attorney's Office, ECF on this the 19th day of June, 2025.

/s/ James R. Aulbaugh III
James R. Aulbaugh III